# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JAMES JOHNSON,
    Plaintiff,

v.                                  Case No. 13-CV-0614

DENNIS WALLICH and MILWAUKEE POLICE DEPARTMENT,
    Defendants.

## ORDER

On July 31, 2013, I dismissed plaintiff's case without prejudice because the court had not received plaintiff's initial partial filing fee. Plaintiff has now written to the court asking for additional time to pay his initial partial filing fee. He submits that he requested that the Milwaukee County Jail send the money to the court and then asked three times for a receipt to confirm the payment. But he received no confirmation. He asks now for an extension of time to pay his initial partial filing fee. Because it appears any error or inaction was on the part of the Milwaukee County Jail, not plaintiff, I will grant his request.

**THEREFORE, IT IS ORDERED** that this action will be **REOPENED** if plaintiff pays his initial partial filing fee of $10.69 on or before **Monday, September 9, 2013**.

**IT IS ALSO ORDERED** that a copy of this order be sent to the Milwaukee County Sheriff.

Dated at Milwaukee, Wisconsin, this 12th day of August, 2013.

                                          s/ Lynn Adelman

                                          LYNN ADELMAN
                                          District Judge